UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-cv-23796-CMA

GUILLERMO JAIME,

    Plaintiff,

v.

SOUTH FLORIDA JAIL MINISTRIES, INC.
d/b/a AGAPE FAMILY MINISTRIES,
SOUTH FLORIDA JAIL MINISTRIES, INC
d/b/a AGAPE NETWORK and CLAUDIO M.
PEREZ,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF APPEARANCE

Edward S. Polk, Esq., and Liannys Morgan, Esq., of Cole, Scott & Kissane, P.A., hereby give notice of their appearance on behalf of Defendants, South Florida Jail Ministries, Inc., d/b/a Agape Network and Claudio M. Perez, and request that copies of all motions, notices and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of November 2017, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

        COLE, SCOTT & KISSANE, P.A.
        *Counsel for Defendants*
        Primary e-mail: edward.polk@csklegal.com
        Secondary e-mail: danise.townsend@csklegal.com

By:    s/ ***EDWARD S. POLK***
        EDWARD S. POLK
        Florida Bar No.: 239860
        Liannys Morgan
        Florida Bar No.: 1003326

**COLE, SCOTT & KISSANE, P.A.**