UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-cv-23796-CMA

GUILLERMO JAIME,

    Plaintiff,

v.

SOUTH FLORIDA JAIL MINISTRIES, INC.
d/b/a AGAPE FAMILY MINISTRIES,
SOUTH FLORIDA JAIL MINISTRIES, INC
d/b/a AGAPE NETWORK and CLAUDIO
M. PEREZ,

    Defendants.

_____/

**DEFENDANTS' MOTION FOR LEAVE TO AMEND
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

    Defendants, South Florida Jail Ministries, Inc., d/b/a Agape Family Ministries, South Florida Jail Ministries, Inc., d/b/a Agape Network and Claudio M. Perez, move this Court for leave to amend their Answer and Affirmative Defenses to the First Amended Complaint herein, and state as follows:

    1.    This is an FLSA overtime wage claim.  On or about November 28, 2017, the Defendants filed their Answer and Affirmative Defenses to the Plaintiff's First Amended Complaint (ECF 15).

    2.    Since that time additional investigation has shed more light on the defenses pled, and the undersigned counsel has been able to confirm certain factual allegations that were denied in the Answer, but can be admitted so as to avoid unnecessary discovery.  The Defendants have also realized a potential need to more clearly state the statutory bases for certain defenses.  The

Defendants are not adding new defenses, but seek to more clearly state the basis for certain defenses already pled in their original Answer and Affirmative Defenses.

3. The proposed Amended Answer and Affirmative Defenses is attached hereto.

4. A proposed order granting leave to amend is attached hereto.

5. This request is not intended for purposes of delay, and will not delay the proceedings, nor will it prejudice the rights of the Plaintiff.

6. The request is timely pursuant to the Court's Scheduling Order (ECF 17), as the parties may file motions to amend pleadings until January 22, 2018.

7. The undersigned counsel has attempted to confer with Plaintiff's counsel regarding this request. Earlier today, the parties agreed that in lieu of an Amended Answer to admit factual allegations previously denied, the parties would enter into a written stipulation. When commencing to prepare the stipulation, the undersigned counsel realized the possible need for greater clarity in certain of the Affirmative Defenses, and attempted unsuccessfully to communicate with Plaintiff's counsel by email and telephone. Counsel have not yet been able to discuss this matter, but because of the impending deadline for seeking leave to amend, the motion is filed now, and undersigned counsel will continue the effort to confer with Plaintiff's counsel. The parties will report to the Court the outcome of their discussion.

WHEREFORE, the Defendants respectfully request leave to file the proposed Amended Answer and Affirmative Defenses to the First Amended Complaint. The Defendants further request such other relief as shall be appropriate.

CASE NO.: 1:17-cv-23796-CMA

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on this 22nd day of January 2018, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

>
> COLE, SCOTT & KISSANE, P.A.
> *Counsel for Defendants, South Florida Jail Ministries, Inc., d/b/a Agape Family Ministries, South Florida Jail Ministries, Inc., d/b/a AGAPE NETWORK and CLAUDIO M. PEREZ*
> Cole, Scott & Kissane Building
> 9150 South Dadeland Boulevard, Suite 1400
> Miami, Florida 33256
> Telephone  (305) 350-5338
> Facsimile  (305) 373-2294
> Primary e-mail: edward.polk@csklegal.com
> Secondary e-mail: danise.townsend@csklegal.com
> Primary e-mail: liannys.morgan@csklegal.com
>
> By:   s/ Edward S. Polk
>       EDWARD S. POLK
>       Florida Bar No.: 239860
>       LIANNYS MORGAN
>       Florida Bar No.: 1003326

1085.0773-00/8499906