Civil Action No. 17-23796

PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* S. Fla. Jail Ministries et al AMENDED
was received by me on *(date)* 10/12/17

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* WENDY MARTINEZ Asst Tyeavis, who is
designated by law to accept service of process on behalf of *(name of organization)* S. Fla.
Jail Ministries Inc on *(date)* 11/2/17 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 11/2/17

Server's signature

FRANK AYLLON
*Printed name and title*

Server's address

Additional information regarding attempted service, etc:

Civil Action No. 17- 03791

PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Agape SFM Jail Ministries Inc
was received by me on (date) 10/12/17

☐ I personally served the summons on the individual at (place) _____
on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) Wendy Aretha Wesly Ant, who is designated by law to accept service of process on behalf of (name of organization) SFM Ministries Inc on (date) 10/12/17 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 10/12/17

_____
Server's signature

FRANK AYLLON
*Printed name and title*

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Amanda Claudia Perez_

was received by me on *(date)* _(illegible)_.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* _Wendy Marlin_ , a person of suitable age and discretion who resides there,
on *(date)* _11/2/12_ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00 .

I declare under penalty of perjury that this information is true.

Date: _11/2/12_

_____
Server's signature

FRANK AYLLON
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# A & M INTERPRETING AND TRANSLATING SERVICES
Maria A. Marcillo
Federally Certified Court Interpreter
365 N.E. 99thSt.
Miami Shores, Fl. 33138
Phone/Fax 305-757-4599 Cell Phone: 305-904-2575

Febriary 2, 2018

J Zidell P.A.

**INVOICE: 4248**

DATE OF SERVICE:        January 30, 2018

CASE:                   Jaime vs. S Florida Jail Ministries

DESCRIPTION:            Interpeting services during settlement
                        Conference before Judge Goodman

TERMS:                  Net due upon receipt

| TIME | RATE | TOTAL |
|------|------|-------|
| 4hrs. | $100.00 | $400.00 |

Thank you for your business.