UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-23796-CIV-ALTONAGA/Goodman

**GUILLERMO JAIME**,

 Plaintiff,
v.

**SOUTH FLORIDA JAIL
MINISTRIES, INC.**,

 Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the parties' Joint Renewed Motion for Approval of Parties' Settlement Agreement [ECF No. 34], filed February 6, 2018, several hours after the Court entered its Order [ECF No. 33] denying an earlier Joint Motion for Approval of Parties' Settlement Agreement[ECF No. 32]. The reasons the Joint Motion was denied are explained in the Order. The parties now return, again seeking the Court's approval of their Settlement Agreement [ECF No. 34-3] which includes a provision for the award of attorney's fees. The Court has carefully considered the Motion, Agreement, record, and applicable law.

Under the terms of the Agreement, the parties have agreed to settle this lawsuit for $25,000.00. (*See* Agreement ¶ 2). That total breaks down to $15,000.00 to Plaintiff, Guillermo Jaime, and $10,000.00 to Plaintiff's counsel. (*See id.*). The $10,000.00 includes $1,000.00 in costs, broken down by line item. (*See* Declaration of Rivkah F. Jaff [ECF No. 34-1] ¶ 3).

Regarding the attorney's fees, while Mr. Jaff outlines Plaintiff's counsel's billing rates and the number of hours worked (*see id*. ¶ 5), neither his Declaration nor the Motion describes what work was done during those hours (*see generally id.*; Mot.). Without that information, the

CASE NO. 17-23796-CIV-ALTONAGA/Goodman

Court cannot scrutinize the reasonableness of the attorneys' fees awarded under the Agreement. As the Motion and its exhibits still fail to adequately support Plaintiff's claimed attorney's fees, the Court cannot determine the fairness and reasonableness of the proposed Agreement. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The parties' Joint Renewed Motion for Approval of Parties' Settlement Agreement **[ECF No. 34]** is **DENIED without prejudice**.

2. The parties must submit a revised motion and agreement — with a proposed order and affidavits or exhibits regarding attorney's fees and costs — that conform to the FLSA by **February 13, 2018**.

3. The Clerk is directed to mark this case as **CLOSED** for administrative purposes.

**DONE AND ORDERED** in Miami, Florida, this 7th day of February, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record